454 A.2d 173

Commonwealth v. Johnston, Appellant.

Submitted April 14, 1982. David G. Metinko, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The judgment of sentence dated May 19, 1980 is affirmed.